IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONI L. MAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-0801-N |
| | § | |
| L&B THERAPEUTICS, LLC, | § | |
| d/b/a MASSAGE ENVY (ROCKWALL), | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

By separate Order of this same date, the Court has granted Defendant L&B Therapeutics, LLC's, ("L&B") motion for summary judgment on the pleadings. Accordingly, it is ordered that Plaintiff Toni L. May take nothing by her claims against L&B and that those claims are dismissed with prejudice. Court costs are taxed against May. All relief not expressly granted is denied. This is a final judgment.

Signed November 21, 2011.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE